COLEGIO DE ABOGADOS DE PUERTO RICO, querellante, *v.* PEDRO FERRER COLÓN, querellado.

*Número:* 5291            *Resuelto:* 11 de febrero de 1994

*Mady Pacheco García de la Noceda*, abogada del querellante.

PER CURIAM: El querellado Pedro Ferrer Colón no ha satisfecho el pago de la cuota de colegiación al Colegio de Abogados de Puerto Rico correspondiente a 1993, a pesar del requerimiento contenido en nuestra Resolución de 30 de noviembre de 1993. Dicha omisión constituye un incumplimiento con la Ley Núm. 75 de 2 de julio de 1987, según enmendada, 4 L.P.R.A. sec. 2001 *et seq.*, y de la Ley Núm. 43 de 14 de mayo de 1932 (4 L.P.R.A. secs. 771–783). *Colegio de Abogados v. Schneider*, 117 D.P.R. 504 (1986); *Schneider v. Colegio de Abogados*, 682 F. Supp. 674 (D. P.R.

1988), confirmada por el Tribunal de Apelaciones para el Primer Circuito, 917 F.2d 620 (1990).

Tomando en consideración su renuencia injustificada a satisfacer el pago de tal cuota de colegiación (*In re Vega González*, 116 D.P.R. 379, 381 (1985); *Colegio de Abogados v. Schneider*, supra; *In re Serrallés III*, 119 D.P.R. 494, 495–496 (1987); *In re Duprey Maese*, 120 D.P.R. 565 (1988)), y su indiferencia en responder a las órdenes de este Tribunal, lo cual de por sí conlleva la imposición de sanciones disciplinarias severas *In re Ribas Dominicci I*, 131 D.P.R. 491 (1992); *In re Pérez Benabe*, 133 D.P.R. 361 (1993); *In re Colón Torres*, 129 D.P.R. 490 (1991); *In re Nicot Santana*, 129 D.P.R. 717 (1992); se decreta la suspensión indefinida del abogado Pedro Ferrer Colón del ejercicio de la abogacía en esta jurisdicción.

Habiendo cesado dicho abogado en el ejercicio del notariado hace más de nueve (9) años, por lo cual entregó entonces su obra notarial al Archivero Notarial del Distrito de San Juan, nada se dispone a este respecto.

*Se dictará sentencia de conformidad.*